**Order entered September 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01126-CV

### IN RE AARON HERBERT, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04644-A**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court are Relator's September 17, 2019 petition for writ of mandamus and emergency motion for relief. We request real party in interest and respondent file their responses to the petition and motion, if any, by **12:00 P.M. WEDNESDAY, SEPTEMBER 18, 2019**.

/s/    BILL WHITEHILL
       JUSTICE